| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| LINDA ROBERTS, on behalf of herself and all others similarly situated, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION |
| v. | § § | CASE NO. 1:20-cv-92-MC |
| BAPTIST HEALTHCARE SYSTEM, LLC, BAPTIST HOSPITALS OF SOUTHEAST TEXAS, and BAPTIST BEHAVIORAL HEALTH CENTER | § § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

## JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS REGARDING PLAINTIFF'S MOTION FOR COLLECTIVE TREATMENT UNDER 29 U.S.C. § 216(b)

Plaintiff Linda Roberts ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendants Baptist Hospitals of Southeast Texas and Baptist Behavioral Health Center ("Defendants") (collectively, the "Parties") hereby file this agreed and joint Motion for Leave to Exceed Page Limitations Regarding Plaintiff's Motion for Collective Treatment Under 29 U.S.C. § 216(b).

Under Local Rule CV 7(a)(2), unless leave of court is first obtained, non-dispositive motions are not to exceed fifteen (15) pages (excluding attachments), responses to such motions are not to exceed fifteen  (15) pages (excluding attachments), and any reply or sur-reply is not to exceed five (5) pages.

The Parties respectfully request leave from the page limitations under Local Rule CV 7(a)(2) in relation to Plaintiff's anticipated Motion for Collective Treatment Pursuant to 29 U.S.C. § 216(b). The Parties agree that such a motion will necessarily require extensive briefing and

-1-

analysis, which necessitate additional pages in excess of the 15-page briefing limits under Rule 7(a)(2). Accordingly, the Parties request the Court grant leave from the page limits under Rule 7(a)(2), and permit the page limits provided for under Local Rule CV 7(a)(1) to apply to Plaintiff's Motion, Defendants' response, and any reply or sur-reply filed related to Plaintiff's Motion.

Under Local Rule CV 7(a)(1), motions shall not exceed thirty (30) pages (excluding attachments), responses to such motions shall not exceed thirty (30) pages (excluding attachments), and any reply or sur-reply shall not exceed ten (10) pages. A proposed Order to this Motion is attached herein.

RESPECTFULLY SUBMITTED AND DATED this 11th day of March, 2021.

ORGAIN, BELL & TUCKER, LLP

*/s/ Robert J. Hambright*
Robert J. Hambright
Texas State Bar No. 08814300
William F. Thorne
Texas State Bar No. 24102569
470 Orleans Street, 4th Floor
P.O. Box 1751
Beaumont, Texas 77704-1751
Phone: (409) 838-6412
Fax: (409) 838-6959
rjh@obt.com
wthorne@obt.com

*Attorneys for Defendants*

SCHNEIDER WALLACE
COTTRELL KONECKY LLP

*/s/  William M. Hogg*
Carolyn H. Cottrell (*pro hac vice*)
Ori Edelstein (*pro hac vice*)
2000 Powell Street, Suite 1400
Emeryville, California  94608
Phone: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

William M. Hogg
Texas State Bar No. 24087733
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Phone: (713) 338-2560
Fax: (415) 421-7105
whogg@schneiderwallace.com

*Attorneys for Plaintiff, Class, and Collective Members*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 11, 2021, I filed this document through the Court's CM/ECF

system, which will serve a copy on all parties of record.

*/s/ William M. Hogg*
William M. Hogg