| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| **LINDA ROBERTS**, *et al.*, | § § § § | |
| Plaintiff, | | |
| *versus* | § § § | NO. 1:20-CV-92-MAC |
| **BAPTIST HEALTHCARE SYSTEM, LLC**, *et al.*, | § § § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS OPT-INS

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for pre-trial management. Judge Stetson recommended that the court grant in part the Defendants' Motion to Dismiss Opt-in Plaintiffs Corder, Henson, and White. (Doc. #12-.) Plaintiffs are unopposed to Defendants' motion.

The parties have not objected to Judge Stetson's findings. Therefore, the court **ORDERS** that the Report and Recommendation on Defendants' Motion to Dismiss FLSA Opt-in Plaintiffs' Corder, Henson, and White is **ADOPTED**.

It is further **ORDERED** that, in accordance with the magistrate judge's recommendation, the opt-in plaintiff, Aisha White, is dismissed from this case without prejudice.

SIGNED at Beaumont, Texas, this 7th day of September, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

1