| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

LINDA ROBERTS, *et al.*, §
§
        Plaintiffs, §
§
*versus* §    CIVIL ACTION NO. 1:20-CV-92
§
BAPTIST HEALTHCARE SYSTEM, LLC, §
*et al.*, §
§
        Defendants. §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. (#79.) The court received and considered the report (#133) of the magistrate judge that recommends denying the Plaintiffs' request for equitable tolling (#129). The Plaintiffs filed a notice with the court stating that they are unopposed to Judge Stetson's report and recommendation and have no objections. (#134.) The notice also states that Defendants have no objections to the report and recommendation. (*Id.*)

Therefore, the court **ORDERS** that the Report and Recommendation (#133) is **ADOPTED**. It is further **ORDERED** that, in accordance with the magistrate judge's recommendation, Plaintiffs should send notice to the collective per the agreed upon notice plan filed with the court (#127) to the following:

> All current and former hourly, non-exempt employees employed by Defendants as Registered Nurses ("RNs") and/or Psych Techs at the Baptist Behavioral Health Center at any time from September 26, 2019, until resolution of this action.

SIGNED at Beaumont, Texas, this 26th day of September, 2022.

                                                                     */s/ Marcia A. Crone*
                                                                        MARCIA A. CRONE
                                                           UNITED STATES DISTRICT JUDGE