| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LINDA ROBERTS, *et al*. §
§
        Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:20-CV-92
§
BAPTIST HEALTHCARE SYSTEM, LLC, §
*et al.*, §
§
        Defendants. §

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. (#79.) The court received and considered the report (#136) of the magistrate judge that recommends denying the Plaintiffs' Motion for Class Certification (#105). The parties have not filed any objections to the report and recommendation.

Therefore, the court **ORDERS** that the Report and Recommendation (#136) is **ADOPTED**. It is further **ORDERED** that, in accordance with the magistrate judge's recommendation, Plaintiffs' Motion for Class Certification (#105) is **DENIED**.

SIGNED at Beaumont, Texas, this 2nd day of November, 2022.

                                                MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE