## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **LINDA ROBERTS and ELIZABETH ESPREE, on behalf of themselves and all others similarly situated,** | § § § § | |
| | § | **No. 1:20-CV-092-MAC** |
| *Plaintiffs,* | § | |
| VS. | § § | |
| **BAPTIST HEALTHCARE SYSTEM, LLC, BAPTIST HOSPITALS OF SOUTHEAST TEXAS, and BAPTIST BEHAVIORAL HEALTH CENTER** | § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

### PLAINTIFF'S NOTICE OF FILING REVISED SETTLEMENT AGREEMENT

On July 21, 2023, the Court granted in part the Parties' joint motion to approve the settlement and attorneys' fee award in this case. (Doc. 177.) The Court's ruling granted approval of the settlement but reduced the Named Plaintiffs' individual service awards from $15,000.00 to $5,000.00. (*Id.*) The Court ordered the Parties to revise the settlement agreement to reflect those modifications and to file the executed revised settlement agreement with the Court. (*Id.*; *see also* Doc. 178.) On August 9, 2023, the Court ordered the Parties to file the executed revised settlement agreement no later than August 16, 2023. (Doc. 178.) On August 16, 2023, Plaintiffs filed a motion requesting an extension of one week to file the revised settlement agreement. (Doc. 180.) On August 17, 2023, the Court granted the motion, extending the deadline to file a revised settlement agreement to August 23, 2023 (Doc. 181.)

All Parties have now signed the revised settlement agreement, which includes the changes directed in the Court's approval order. (*See* Doc. 177.) The fully executed revised settlement agreement is attached as **Exhibit A** to this Notice.

Date: August 21, 2023					Respectfully Submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell (*pro hac vice*)
Ori Edelstein (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street. Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

Peter Schneider
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Phone: (713) 338-2560
Fax: (415) 421-7105
pschneider@schneiderwallace.com

Attorneys for Plaintiff, Class, and Collective Members

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the Court's CM/ECF system on August 21, 2023.

      I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the Court's CM/ECF system.


                                           */s/ Carolyn H. Cottrell*
                                           Carolyn H. Cottrell *(pro hac vice)*