| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

LINDA ROBERTS, *et al.*,

    Plaintiffs,

*versus*                           CIVIL ACTION NO. 1:20-CV-92

BAPTIST HEALTHCARE SYSTEM, LLC, *et al.*,

    Defendants.

## FINAL JUDGMENT

Having reviewed the parties' submitted revised settlement agreement (#182), the court finds the revised settlement presented is fair and reasonable. It is hereby ordered that the parties' revised settlement agreement is **APPROVED** by the court.

It is further **ORDERED** that the Plaintiffs' claims are **DISMISSED** with prejudice. Except as otherwise provided for in the settlement agreement, each party shall take nothing on the claims asserted and shall bear its own costs and fees. The court retains jurisdiction to enforce the settlement agreement.

The Clerk of Court is directed to close the case.

SIGNED at Beaumont, Texas, this 6th day of September, 2023.

                                                  MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE